IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEE E. JOYCE,

      Appellant,

v.

BOARD OF TRUSTEES OF
PENSACOLA STATE
COLLEGE, a public body
corporate, KEEGAN TEMPS,
INC. aka KEEGAN STAFFING
and SOUTH EAST PERSONNEL
LEASING, INC. aka SOUTH
EAST EMPLOYEE LEASING,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0153

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Escambia County.
Darlene Dickey, Judge.

Marie A. Mattox, Tallahassee, for Appellant.

Robert E. Larkin, III and Jason S. Miller of Allen, Norton & Blue, P.A.,
Tallahassee, for Appellee Board of Trustees of Pensacola State College, a public
body corporate.

Richard Burton Bush and Audra Michelle Bryant of Bush & Augspurger, P.A.,
Tallahassee, for Appellee Keegan Temps, Inc. aka Keegan Staffing.

PER CURIAM.

      AFFIRMED.

RAY, BILBREY, and KELSEY, JJ., CONCUR.